JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5752-DOC (AGR) | Date | August 19, 2022 |
|---|---|---|---|
| Title | Henry Desean Adams v. Dolinda, et al | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Karlen Dubon | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not present | Not present |

**Proceedings:** **(IN CHAMBERS): ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 13, 2021, Plaintiff filed a civil rights complaint with a request to proceed without prepayment of filing fees. (Dkt. No. 1, 2, 6-7.) On January 13, 2022, Plaintiff filed a First Amended Complaint. (Dkt. No. 19.)

On November 4, 2021, the Court denied Plaintiff's request to proceed without prepayment of filing fees. The CDCR Inmate Statement Report showed that 20% of the average monthly balance of $2,358 for the prior six months would exceed the amount of the filing fees. 28 U.S.C. § 1915(b)(1). The Court ordered Plaintiff to pay the filing fees in full within 30 days of entry of the Order. The Court warned Plaintiff if the filing fees are not paid, the case will be dismissed. (Dkt. No. 10.)

On April 29, 2022, the Court granted Plaintiff's requests for an extension of time to pay the filing fees until June 15, 2022. The Court again reminded Plaintiff that if he did not pay the filing fees on or before June 15, 2022, his case is subject to dismissal. (Dkt. No. 20.)

Plaintiff has not paid the filing fees and has not requested an additional extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Initials of Preparer   kdu